MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

JAMES C. HO (*pro hac vice* pending)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* pending)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:   214.571.2900

Attorneys for Defendants
AT&T Services, Inc. and AT&T Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>AT&T SERVICES, INC., a Delaware corporation; and AT&T INC., a Delaware corporation,<br><br>              Defendants. | CASE NO. 16-cv-01636-CAS-AGR<br><br>**DECLARATION OF RYAN SMITH IN SUPPORT OF AT&T SERVICES, INC.'S MOTION TO DISMISS PURSUANT TO RULES 12(B)(6) AND 9(B) AND AT&T INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(2)**<br><br>**Hearing:**<br>Date:        June 13, 2016<br>Time:        10:00 a.m.<br>Place:       Courtroom 5<br>Judge:       Hon. Christina A. Snyder |

Declaration of Ryan Smith In Support of AT&T Services, Inc.'s Motion to Dismiss Pursuant to Rules 12(b)(6) and 9(b) and AT&T Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(2), Case No. 16-cv-01636-CAS

1    I, Ryan Smith, hereby declare under penalty of perjury pursuant to 28 U.S.C.

2  § 1746, that the following is true and correct:

3    1.    I am currently the Assistant Vice President – Content of AT&T

4  Entertainment Group of AT&T Services, Inc.  I have been employed by AT&T

5  Services, Inc. since November 2008.

6    2.    In my capacity as Assistant Vice President – Content, I have had access to

7  and maintained numerous documents and agreements, including certain agreements for

8  AT&T Services, Inc.

9    3.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the

10  Network Affiliation Agreement between AT&T Services, Inc., on behalf of itself and

11  its Affiliated Entities, and Herring Networks, Inc., for distribution of the linear

12  programming services currently known as "AWE" (or "A Wealth of Entertainment,"

13  and formerly "Wealth TV") and "One American News Network," effective April 10,

14  2014 (the "Network Affiliation Agreement").

15    4.    The excerpts of the Network Affiliation Agreement provided are those

16  that are relied upon in the motions to dismiss being filed by AT&T Services, Inc. and

17  AT&T Inc. to the Complaint filed by Herring Networks, Inc.  Other portions of the

18  excerpts are redacted.  One portion of the excerpts provided has been highlighted as

19  well.

20    5.    A copy of the full Network Affiliation Agreement is in my possession and

21  can be provided upon request.

22

23    I declare, under penalty of perjury under the laws of the United States, that these

24  facts are true and correct and that this Declaration is executed this 25th day of April,

25  2016, at El Segundo, California.

26  _____

27                                Ryan Smith

28

Gibson, Dunn &
Crutcher LLP

Declaration of Ryan Smith In Support of AT&T Services, Inc.'s Motion to Dismiss
Pursuant to Rules 12(b)(6) and 9(b) and AT&T, Inc.'s Motion to Dismiss Pursuant to
Rule 12(b)(2), Case No. 16-cv-01636-CAS