**From:** Charles Herring
**To:** Amnon Siegel
**Subject:** FW: NDA
**Date:** Thursday, May 19, 2016 2:30:49 PM

-----Original Message-----
From: Charles Herring [mailto:charles@awetv.com]
Sent: Friday, December 20, 2013 5:32 PM
To: PATEL, KALPESH <kp9646@att.com>
Cc: JANOVEC, MICHAEL <mj374g@att.com>
Subject: RE: NDA

Kalpesh,

If you have a partial due diligence list that you may available, please send over.   Our workload will be light next week, giving us time to put things together.

Kind regards,

Charles

-----Original Message-----
From: PATEL, KALPESH [mailto:kp9646@att.com]
Sent: Thursday, December 19, 2013 5:56 AM
To: Charles Herring
Cc: JANOVEC, MICHAEL
Subject: Re: NDA

Charles,

Thanks for the quick turnaround.  Either I or mike Janovec on my team will get back to you.

Thanks
Kalpesh

> On Dec 18, 2013, at 7:52 PM, "Charles Herring" <charles@awetv.com> wrote:
>
> Kalpesh,
>
> Thanks again for the time and the quick response.  Attached, please find the executed NDA.   To make our visit more productive, you'll have due diligence responses well before your visit on the 6th.
>
> For your visit on the 6th, 10 am to 2 pm should be sufficient.   The office address is:
>
> 4757 Morena Blvd
> San Diego, CA  92117
> Ph 858-270-6900
> (Driveway entrance is on Financial Ct.  Plenty of parking.  Reception is on the 2nd floor.)
>
> The primary participants will be my father, brother and me, although we'll introduce you to a handful of staff members during our tour.
>
> Robert Herring, Sr., CEO
> Charles Herring, president
> Robert "Bobby" Herring, Production & Operations.
>

> One of the closest hotels to our offices is:
> Hilton San Diego Resort (on Mission Bay)
> 1775 East Mission Bay Drive
> San Diego, CA  92109
> (619) 276-4010
>
> If I can assist with ground or hotel arrangements, simply let me know.
>
> Best,
>
> Charles
> Cell:  858-945-8750
>
> From: PATEL, KALPESH [mailto:kp9646@att.com]
> Sent: Wednesday, December 18, 2013 5:07 PM
> To: charles@wealthtv.net
> Cc: TERRELL, WESLEY G (Legal); JANOVEC, MICHAEL; SMITH, RYAN P
> Subject: NDA
>
> Charles,
>
> It was a pleasure to meet you over the phone.  I am attaching our standard form of the NDA.  I am also copying our internal attorney (Wes Terrell) that you or your attorney should work with to execute the NDA.
>
> As I mentioned, we would like to send over a short diligence list that would help us get up to speed on your business and the opportunity.  My goal is to have that to you in the next couple of days.  If we can get that diligence material prior to our meeting on the 6th it will be highly helpful with the overall process.
>
> Lastly, I am confirming that the AT&T team can meet on the 6th in San Diego.  I will send you a formal agenda.  It would help if we can set a time (only restriction I have is that I need to leave early that evening), participants on your side and meeting place.  My suggestion would be 10 to 2 but can be flexible.  If you could confirm, send us participants on your side, location of meeting, etc. I will incorporate into the agenda.
>
> Look forward to working with you.
>
> Kalpesh
>
>
> Kalpesh Patel
> Corporate Development
> AT&T Inc.
> 208 S. Akard Suite 3228
> Dallas, Texas 75202
> kalpesh.patel@att.com<mailto:kalpesh.patel@att.com>
> Ofc:  214-757-7977
> Notice:  This e-mail message is confidential and intended only for the named recipient above.  This message contains information that is a privileged attorney-client communication, attorney work product or exempt from disclosure under applicable law.  You may not copy or forward this message without express permission of the author.  If you have received this message in error, or are not the named recipient, please immediately notify the sender at (214) 757-7977 and delete this e-mail message from your computer.
>
>
>
>
> <NDA Herring Networks AT&T.pdf>