

AT&T Services, Inc.
1880 Century Park East
Suite 1101
Los Angeles, CA 90067

**Landon Coe**
*Director - Content Acquisition*

T:  310.557.9185
M:  310.498.9367
Landon.Coe@att.com


Proud Sponsor of the
U.S. Olympic Team



AT&T Inc.
208 South Akard Street
Room 3228
Dallas, TX 75202

**Kalpesh R. Patel, CFA**
*Senior Executive Director*
*Corporate Development*

T:  214.757.7977
M:  210.275.7619
F:  214.746.2217
kalpesh.patel@att.com


Proud Sponsor of the
U.S. Olympic Team



*Ad to Salesforce*

**Aaron G. Slator**
*President*
*Content & Advertising*

AT&T Services, Inc.
1880 Centurey Park East
Suite 1101
Los Angeles, CA 90067
T:  310.552.0280
F:  310.552.2244
as5276@att.com

Proud Sponsor of the
U.S. Olympic Team