MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES ZELENAY, SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

Attorneys for Defendants
AT&T Services, Inc. and AT&T Inc.,
Appearing Specially

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Herring Networks, Inc.,<br><br>              Plaintiff,<br><br>     v.<br><br>AT&T Inc. a Delaware corporation; and AT&T Services, Inc., a Delaware corporation,<br><br>              Defendants. | Case No. 2:16-cv-01636<br><br>**DECLARATION OF MARCELLUS MCRAE IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)]**<br><br>**Hearing:**<br>Date:    June 27, 2016<br>Time:   10:00 a.m.<br>Place:   Courtroom No. 5<br>Judge:  Hon. Christina Snyder |

Gibson, Dunn & Crutcher LLP

Declaration of Marcellus McRae In Support Of AT&T Inc.'s Motion To Dismiss Complaint For Lack of Personal Jurisdiction; Case No. 2:16-cv-01636

I, Marcellus McRae, pursuant to 28 U.S.C. § 1746, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner at Gibson, Dunn & Crutcher LLP and lead counsel for Defendant AT&T Services, Inc. and Defendant AT&T Inc. (Defendant AT&T Inc. appears specially) in the above-captioned matter. I respectfully submit this declaration in support of Defendant AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction, filed April 25, 2016. I have personal knowledge of the matters stated herein and, if called upon to do so, could and would competently testify thereto.

2. During the parties' meet and confer, I informed plaintiff's counsel that it was my understanding that AT&T Inc. does not have any employees. And when plaintiff's counsel asked me for which entity Mr. Cicconi worked, I replied that I did not know. I did not refuse to answer that question.

I declare, under penalty of perjury under the laws of the United States of America, that these facts are true and correct and that this Declaration is executed this 13th day of June, 2016, at Los Angeles, California.

                                            */s/ Marcellus McRae*
                                            Marcellus McRae

Gibson, Dunn & Crutcher LLP

1

Declaration of Marcellus McRae In Support Of AT&T Inc.'s Motion To Dismiss Complaint For Lack of Personal Jurisdiction; Case No. 2:16-cv-01636