MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES ZELENAY, SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

Attorneys for Defendants
AT&T Services, Inc. and AT&T Inc.,
Appearing Specially

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Herring Networks, Inc., | Case No. 2:16-cv-01636 |
|---|---|
| Plaintiff, | **DECLARATION OF JAMES CICCONI IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)]** |
| v. | |
| AT&T Inc. a Delaware corporation; and AT&T Services, Inc., a Delaware corporation, | |
| Defendants. | **Hearing:**<br>Date: June 27, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom No. 5<br>Judge: Hon. Christina Snyder |

Gibson, Dunn & Crutcher LLP

Declaration of James Cicconi In Support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction
Case No. 2:16-cv-01636

I, James Cicconi, declare as follows:

1. I make this declaration in support of AT&T Inc.'s Motion to Dismiss Plaintiff Herring Networks, Inc.'s Complaint for Lack of Personal Jurisdiction. All of the statements in this declaration are based on my personal knowledge.

2. I am currently the Senior Executive Vice President – External and Legislative Affairs of AT&T Services, Inc. I am employed in Washington D.C. and have been since at least 2008. My employer is AT&T Services, Inc., and AT&T Services, Inc. has been my employer since 2008. I have never been an employee of AT&T Inc. I have not been an officer of AT&T Inc. at any time since November 1, 2008.

3. The reference to AT&T Inc. in the website bio page submitted by Herring Networks, Inc. in Opposition to this Motion was an error, which has since been corrected.

I declare under penalty of perjury under the laws of the United States of America, that these facts are true and correct and that this Declaration is executed this 6Th day of June 2016 in Washington D.C.

*James Cicconi* (signature)
James Cicconi

---

Declaration of James Cicconi In Support of AT&T Inc.'s Motion to Dismiss
Complaint for Lack of Personal Jurisdiction
Case No. 2:16-cv-01636

Gibson, Dunn & Crutcher LLP