MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES ZELENAY, SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:   214.571.2900

Attorneys for Defendants
AT&T Services, Inc. and AT&T Inc.,
Appearing Specially

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herring Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AT&T Inc. a Delaware corporation; and AT&T Services, Inc., a Delaware corporation, <br><br> Defendants. | Case No. 2:16-cv-01636 <br><br> **DECLARATION OF KALPESH PATEL IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)]** <br><br> **Hearing:** <br> Date:     June 27, 2016 <br> Time:    10:00 a.m. <br> Place:   Courtroom No. 5 <br> Judge:  Hon. Christina Snyder |

Gibson, Dunn & Crutcher LLP

Declaration of Kalpesh Patel In Support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction
Case No. 2:16-cv-01636

I, Kalpesh Patel, declare as follows:

1. I make this declaration in support of AT&T Inc.'s Motion to Dismiss Plaintiff Herring Networks, Inc.'s Complaint for Lack of Personal Jurisdiction. All of the statements in this declaration are based on my personal knowledge.

2. I am currently the Senior Executive Director of Corporate Development and Chief of Staff of AT&T Management Services, L.P. My employer is AT&T Management Services, L.P., and has been since May 2000. My work location is Dallas, Texas, and has been since 2008. I have never been an employee of AT&T Inc.

3. The inclusion of "AT&T Inc." on my business card and email signature submitted by Herring Networks, Inc. in Opposition to this Motion may suggest that I worked for AT&T Inc. That is inaccurate and has since been corrected. AT&T Inc. has never been my employer.

I declare under penalty of perjury under the laws of the United States of America, that these facts are true and correct and that this Declaration is executed this 10 day of June 2016 in Dallas, Texas.

*/s/ Kalpesh Patel*

Kalpesh Patel

---

Gibson, Dunn & Crutcher LLP

1

Declaration of Kalpesh Patel In Support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction
Case No. 2:16-cv-01636