MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES ZELENAY, SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

Attorneys for Defendants
AT&T Services, Inc. and AT&T Inc.,
Appearing Specially

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herring Networks, Inc.,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T Inc. a Delaware corporation; and AT&T Services, Inc., a Delaware corporation,<br><br>          Defendants. | Case No. 2:16-cv-01636<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS KOCH IN SUPPORT OF AT&T INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION [F.R.C.P. 12(b)(2)]**<br><br>**Hearing:**<br>Date:   June 27, 2016<br>Time:   10:00 a.m.<br>Place:  Courtroom No. 5<br>Judge:  Hon. Christina Snyder |

Gibson, Dunn & Crutcher LLP

Supplemental Declaration of Thomas Koch In Support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Jurisdiction
Case No. 2:16-cv-01636

I, Thomas M. Koch, declare as follows:

1. I am an Assistant Vice President of Accounting in the Finance Department of AT&T Services, Inc. I make this supplemental declaration in support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction.

2. Unless otherwise noted herein, all of the statements in this declaration are based upon my personal knowledge or upon information available to me in the regular course of my duties. AT&T Inc. does not consent to jurisdiction in the State of California, and I make this declaration only as part of a special appearance in support of this instant Motion to Dismiss.

3. Wesley Terrell is an employee of AT&T Services, Inc., and he works in Dallas, Texas. He has never been an employee of AT&T Inc.

4. Michael Janovec was an employee of AT&T Services, Inc. from June 13, 2011 through May 31, 2014. He was an employee of AT&T Management Services, LP from June 1, 2014 through October 31, 2014, when he left the company. He worked for the company in Atlanta, Georgia until May 2013, then in Dallas, Texas until the end of his employment. He was never an employee of AT&T Inc.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 10th day of June 2016 at Dallas, Texas.

_/s/ Thomas M. Koch_
Thomas M. Koch

Gibson, Dunn & Crutcher LLP

1

Supplemental Declaration of Thomas M. Koch In Support of AT&T Inc.'s Motion to Dismiss Complaint for Lack of Jurisdiction
Case No. 2:16-cv-01636