MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES L. ZELENAY JR., SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX  75201-6912
Telephone:  214.698.3100
Facsimile:   214.571.2900

Attorneys for Defendants
AT&T SERVICES, INC. and AT&T INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>AT&T SERVICES, INC., a Delaware corporation; and AT&T INC., a Delaware corporation,<br><br>              Defendants. | CASE NO. 16-cv-01636-CAS-AGR<br><br>**REQUEST FOR CLARIFICATION REGARDING ORDER TO REASSIGN CASE IN *UNITED STATES OF AMERICA V. DIRECTV GROUP HOLDINGS, LLC, ET AL.,* CASE NO. 16-CV-8150 MWF (Ex)**<br><br>COMPLAINT FILED:  March 9, 2016<br>TRIAL DATE:  September 19, 2017 |

Gibson, Dunn & Crutcher LLP

REQUEST FOR CLARIFICATION REGARDING ORDER TO REASSIGN CASE IN *UNITED STATES OF AMERICA V. DIRECTV GROUP HOLDINGS, LLC*, ET AL., CASE NO. 16-CV-8150 MWF (Ex)

On January 9, 2017, the Court issued an Order to Reassign Case Due to Self-Recusal Pursuant to General Order 14-03 (the "Order to Reassign Case") in the matter of *United States of America v. DIRECTV Group Holdings, LLC, et al.*, Case No. 16-cv-8150 MWF (Ex) (the "DOJ Matter"). The stated reason for recusal was the following: "Judge Snyder holds a financial interest in defendant." Defendants assume that the Court was referring to defendant AT&T Inc., since it is the only publicly traded company named in the DOJ Matter.

In the instant matter, Defendants are AT&T Inc. and AT&T Services, Inc. Defendant AT&T Services, Inc. is a subsidiary of Defendant AT&T Inc., but it is not a publicly traded company. AT&T Inc. is the only publicly traded company named in this lawsuit, just as in the DOJ Matter. Accordingly, Defendants seek clarification as to whether a similar recusal is warranted here.

Dated: January 18, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP


　　　　　　　　　　　　　　　　　　　　By: */s/ James L. Zelenay Jr.*
　　　　　　　　　　　　　　　　　　　　　　　James L. Zelenay Jr.

　　　　　　　　　　　　　　　　　　　　Attorney for Defendants AT&T SERVICES, INC., a Delaware corporation, AT&T INC., a Delaware corporation

Gibson, Dunn & Crutcher LLP

1

REQUEST FOR CLARIFICATION REGARDING ORDER TO REASSIGN CASE IN
*UNITED STATES OF AMERICA V. DIRECTV GROUP HOLDINGS, LLC*, ET AL.,
CASE NO. 16-CV-8150 MWF (Ex)

**CERTIFICATE OF SERVICE**

I, James L. Zelenay Jr., declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071, in said County and State.  On January 18, 2017, I served the following document(s):

**REQUEST FOR CLARIFICATION REGARDING ORDER TO REASSIGN CASE IN *UNITED STATES OF AMERICA V. DIRECTV GROUP HOLDINGS, LLC, ET AL.*, CASE NO. 16-CV-8150 MWF (Ex)**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Louis R. Miller<br>smiller@millerbarondess.com<br>Amnon Z. Siegel<br>asiegel@millerbarondess.com<br>Casey B. Pearlman<br>cpearlman@millerbarondess.com<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone:  (310) 552-4400<br>Facsimile:  (310) 552-8400 | Attorneys for Plaintiff<br>HERRING NETWORKS, INC. |

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format of the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2017.

*/s/ James L. Zelenay Jr.*
James L. Zelenay Jr.

Gibson, Dunn & Crutcher LLP

2
REQUEST FOR CLARIFICATION REGARDING ORDER TO REASSIGN CASE IN *UNITED STATES OF AMERICA V. DIRECTV GROUP HOLDINGS, LLC*, ET AL., CASE NO. 16-CV-8150 MWF (Ex)