LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

Attorneys for Plaintiff
HERRING NETWORKS, INC.

MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
  jzelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000 / Facsimile: 213.229.7520

JAMES C. HO (*pro hac vice* admitted)
  jho@gibsondunn.com
ASHLEY E. JOHNSON (*pro hac vice* admitted)
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX  75201
Telephone: 214.698.3100 / Facsimile: 214.571.2900

Attorneys for Defendants
AT&T SERVICES, INC. AND AT&T INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HERRING NETWORKS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES, INC., a Delaware corporation; and AT&T INC., a Delaware corporation,<br><br>　　　　　Defendants. | **CASE NO. 2:16-cv-01636-CAS-AGR**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

335475.1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Herring Networks, Inc. ("Plaintiff") and Defendants AT&T Services, Inc. and AT&T Inc. (collectively, "Defendants"), that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each side shall bear its own costs, expenses, and attorneys' fees.  This Court and the Magistrate Judge are to retain jurisdiction over all matters arising out of this Stipulation.

WHEREFORE, Plaintiff and Defendants respectfully request this Court dismiss this suit with prejudice.

Dated: March 10, 2017         MILLER BARONDESS, LLP

                              By:   */s/ Amnon Z. Siegel*
                                    Amnon Z. Siegel
                                    Attorney for Plaintiff
                                    Herring Networks, Inc.

Dated: March 10, 2017         GIBSON, DUNN & CRUTCHER, LLP

                              By:   */s/ Marcellus A. McRae*
                                    Marcellus A. McRae
                                    Attorneys for Defendants
                                    AT&T Services, Inc. and AT&T Inc.

I hereby attest that pursuant to Local Rule 5-4.3.4(a)(2)(i), I have received concurrence in the filing of this document from each of the other Signatories.

Dated: March 10, 2017

                              By:   */s/ Amnon Z. Siegel*
                                    Amnon Z. Siegel

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On March 10, 2017, I served true copies of the following document(s) described as:

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2017, at Los Angeles, California.

*/s/ Marie Ramirez*
Marie Ramirez

335475.1

3

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

# SERVICE LIST
*Herring v. AT&T, et al.*
**USDC Case No. 2:16-cv-01636-CAS-AGR**

***PURSUANT TO ELECTRONIC SERVICE AGREEMENT***

Marcellus McRae
mmcrae@gibsondunn.com
James L. Zelenay, Jr.
jzelenay@gibsondunn.com
GIBSON DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel:   213-229-7000
Fax:  213-229-7520

James C. Ho (*pro hac vice* admitted)
jho@gibsondunn.com
Ashley E. Johnson (*pro hac vice* admitted)
ajohnson@gibsondunn.com
GIBSON DUNN & CRUTCHER
2100 McKinney Avenue
Dallas, TX  75201
Tel:  214-698-3100

*Attorneys for Defendants AT&T SERVICES, INC. and AT&T INC.*